# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 16-1028V
Filed: May 11, 2018
UNPUBLISHED

| | |
|---|---|
| TURMAK DAVIS,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Leah VaSahnja Durant*, Law Offices of Leah V. Durant, PLLC, Washington, DC, for petitioner.
*Debra A. Filteau Begley*, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On August 19, 2016, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that he suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of an influenza ("flu") vaccination he received on November 3, 2015. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On November 23, 2016, a ruling on entitlement was issued, finding petitioner entitled to compensation for a SIRVA. On May 4, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $87,661.57 comprising $82,500.00 for past and future pain and suffering, and $5,161.57 for past

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

out-of-pocket medical expenses. Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award. Based on the record as a whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $87,661.57 in the form of a check payable to petitioner, Turmak Davis.** This amount represents compensation for all damages that would be available under § 300aa-15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

<u>s/Nora Beth Dorsey</u>
Nora Beth Dorsey
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| **TURMAK DAVIS**, ) <br> ) <br> Petitioner, ) <br> )    **No. 16-1028V** <br> v. )    **Chief Special Master Dorsey** <br> )    **ECF** <br> **SECRETARY OF HEALTH AND** ) <br> **HUMAN SERVICES**, ) <br> ) <br> Respondent. ) <br> ) | |

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

**I.**    **Items of Compensation**

The Court issued a Ruling on Entitlement on November 23, 2016. Based upon the evidence of record, respondent proffers that petitioner should be awarded $82,500.00, which represents compensation for past and future pain and suffering. Respondent also proffers that petitioner should also be awarded $5,161.57, which represents compensation for past out-of-pocket medical expenses. These amounts represent all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a).[1] Petitioner agrees.

**II.**    **Form of the Award**

Petitioner is a competent adult. Evidence of guardianship is not required in this case. Respondent recommends that petitioner be awarded a lump sum payment of $87,661.57, in the form of a check payable to petitioner. Petitioner agrees.

---

[1]    Should petitioner die prior to the entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering.

2

        Respectfully submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        C. SALVATORE D'ALESSIO
        Acting Director
        Torts Branch, Civil Division

        CATHARINE E. REEVES
        Deputy Director
        Torts Branch, Civil Division

        HEATHER L. PEARLMAN
        Assistant Director
        Torts Branch, Civil Division

        <u>/s/ DEBRA A. FILTEAU BEGLEY</u>
        DEBRA A. FILTEAU BEGLEY
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 146
        Benjamin Franklin Station
        Washington, D.C.  20044-0146
        Phone:   (202) 616-4181

Dated:  <u>May 4, 2018</u>